

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 8/22/2018

**To:** The Honorable Max O. Cogburn, Jr.
United States District Judge

**From:** Mike Bonelli
Supervising United States Probation Officer

**Subject:** **Hunter, Jeremy**
Dkt. No. 3:11CR00074-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 06/28/2012, the defendant was sentenced pursuant to a conviction for Possession of Firearm by Felon. He was ordered to serve 46 months imprisonment, followed by 3 years of supervised release. His term of supervised release commenced on 07/18/2014. The following property was seized from the defendant during his supervision term: 1) Ammunition (308 WIN Rifle Rounds), 2) Assault Rifle Magazine (HK 8/66 7.62 X 39mm), 3) Assault Rifle Magazine (7.62 X 39mm), and 4) Assault Rifle Magazine (7.62 X 39mm), 5) Assault Rifle Magazines (TAPCO U.S.A. 30 rnd. 7.62 X 39mm), and 6) Ammunition (GEL .38 S&W live rounds). These items were seized from the defendant's residence on 09/01/2015. His term of supervised release was revoked on 11/19/2015, and he was ordered to serve 11 months imprisonment with no supervised release to follow. The Probation Office neglected to make a request for destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 980-229-8369, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Date: August 22, 2018

Signed: August 22, 2018

*(signature)*
Max O. Cogburn Jr
United States District Judge